IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JALENNA BOWIE,                    )        CASE NO. 1:11 CV 1266
                                  )
            Plaintiff,            )        JUDGE DONALD C. NUGENT
                                  )
      v.                          )
                                  )        <u>JUDGMENT  ORDER</u>
CLEAR YOUR DEBT, LLC, *et al.*,   )
                                  )
            Defendants.           )
                                  )

For the reasons set forth in this Court's Memorandum Opinion and Order, the Motion to

Dismiss Or, In the Alternative, Compel Arbitration, filed by Defendants, Clear Your Debt, LLC,

*et al.*'s  (ECF #11), is granted, in part; and, Defendant, Global Client Solutions, LLC's Motion to

Compel Arbitration Under the Federal Arbitration Act (ECF #35) is denied.  Ms. Bowie's claims

for monetary relief from Clear Your Debt and its current and/or former employees are dismissed

with prejudice.  All remaining claims are dismissed without prejudice and may be re-filed, if

appropriate, following resolution of those arbitrable claims.


                                      <u>/s/ Donald C. Nugent</u>
                                      DONALD C. NUGENT
                                      United States District Judge

DATED:<u>   March 14, 2012   </u>