## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **JALENNA BOWIE,** ) | |
| ) | Case No. 1:11-cv-1266 |
| Plaintiff, ) | |
| ) | Judge Donald C. Nugent |
| v. ) | |
| ) | |
| **CLEAR YOUR DEBT, LLC,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEAL

In accordance with Fed. R. App. P. 3(c), notice is hereby given that Defendant Global Client Solutions, LLC ("Global"), in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from an order denying Defendant's Motion to Compel Arbitration Pursuant to the Federal Arbitration Act [Doc.s 62 & 63], entered in this action on the 14th day of March, 2012.

Respectfully submitted,

*s/Richard W. Epstein*
Richard W. Epstein
Richard.Epstein@gmlaw.com
Rebecca F. Bratter
Rebecca.Bratter@gmlaw.com
GREENSPOON MARDER, P.A.
Trade Centre South
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309
(954) 491-1120

        (954) 343-6958 (fax)
*Admitted Pro Hac Vice*

Paul W. Ziegler, Esq. (#0012364)
McNeal Schick Archibald & Biro Co., LPA
Cleveland, Ohio 44115
T: 216-621-9870 ext. 120
F: 216-522-1112
Email: ziggy@msablaw.com

*Attorneys for Global Client Solutions, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of April, 2012, I filed the foregoing with the Clerk using the Court's CM/ECF system which will send notification to the following:

Edward A. Icove, Esquire
Icove Legal Group
627 Terminal Tower
50 Public Square
Cleveland, OH 44113
216-802-0000
Fax: 216-802-0002
ed@icovelegal.com
*Attorney for Plaintiff*

Robert C. Meeker, Sr., Esquire
Vincent V. Vigluicci, Esquire
Blakemore, Meeker & Bowler
19 North High Street
Akron, OH 44308
330-253-3337
Fax: 330-253-4131
staff@bmblaw.com
vince@bmblaw.com
*Attorneys for Clear Your Debt, LLC, Orion Processing, LLC, Derin Scott, Shannon Scott, Pradeep Nair*

Gregory S. Reichenbach, Esquire
P.O. Box 256
Bluffton, OH 45817
419-529-8300
Fax: 419-529-8310
greg@reichenbachlaw.com
*Attorney for Plaintiff*

        *s/Richard W. Epstein*
        RICHARD W. EPSTEIN