UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 12-3458
_____

Filed: July 08, 2013

JALENNA BOWIE

    Plaintiff - Appellant

v.

CLEAR YOUR DEBT, LLC; ORION PROCESSING LLC; DERIN SCOTT; SHANNON SCOTT; PRADEEP NAIR

    Defendants - Appellees

1:11cv1266 - DCN

## MANDATE

Pursuant to the court's disposition that was filed 06/14/2013 the mandate for this case hereby issues today.   Affirmed

COSTS:  None